IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRYAN HULL, and <br> THE CLAY COMPANY INCORPORATED <br><br> Plaintiffs, <br><br> vs. <br><br> STEVEN NESS, TRANSGLOBAL DEVELOPMENT LLC, LAKEVIEW DOWNS EQUESTRIAN, LP, LAKEVIEW DEVELOPMENT, LLC, PARKVIEW SOUTH L.L.C., PVP LLC, PHIL SHIRREFFS, and ACTUATOR ASSOCIATES INCORPORATED, <br><br> Defendants. | § § § § § § § § § § § § § § § § § Case No. 4:10-cv-153 |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 26, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that all remaining claims in this matter should be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, all remaining claims in this matter are dismissed without prejudice.

**IT IS SO ORDERED.**

**SIGNED this the 24th day of March, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE